**DISMISS and Opinion Filed May 7, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-18-00659-CV**

**DELORIS PHILLIPS, Appellant**
**V.**
**PORSHALA DANYEL PHILLIPS AND WILLIAM BRENT, Appellees**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-00541**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

We abated this appeal in November 2018 after appellant informed the Court she had removed the action to federal district court. *See* 28 U.S.C. § 1446(d). Our order abating the appeal provided that we would reinstate the appeal upon receipt of a certified copy of an order on remand. *See id.* § 1447(c); *Gonzalez v. Guilbot*, 135 S.W.3d 533, 537-38 (Tex. 2010).

In March 2021, having had no communication from the parties since the abatement, we conducted an independent review of the Public Access to Court Electronic Records (PACER) system and learned the federal district court had signed

an order closing the case in late 2018. We reinstated the appeal on March 29 and directed appellant to file, no later than April 8, 2021, a letter showing cause as to why the appeal should not be dismissed for want of prosecution or failure to respond to a Court order or notice. *See* TEX. R. APP. P. 42.3(b),(c). To date, appellant has not responded. Accordingly, as no activity has occurred in the appeal in over two years, we dismiss the appeal. *See id.* 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

180659F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DELORIS PHILLIPS, Appellant

No. 05-18-00659-CV          V.

PORSHALA DANYEL PHILLIPS
AND WILLIAM BRENT, Appellees

On Appeal from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-18-00541.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 7, 2021.